GOODSILL ANDERSON QUINN & STIFEL
A Limited Liability Law Partnership LLP

PATRICIA M. NAPIER          3735-0
   pnapier@goodsill.com
STACY Y. MA                 10537-0
   sma@goodsill.com
First Hawaiian Center, Suite 1600
999 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 547-5600
Facsimile: (808) 547-5880

Attorneys for Defendant
COURTYARD MANAGEMENT CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| REUBEN K. K. BROAD,<br><br>         Plaintiff,<br><br>vs.<br><br>COURTYARD MANAGEMENT CORPORATION,<br><br>         Defendant. | CV 17-00586 ACK-RLP<br><br>ORDER AND STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND ALL PARTIES<br><br><br>Trial Date: December 10, 2019<br>Judge:    Hon. Alan C. Kay |

**ORDER AND STIPULATION FOR DISMISSAL WITH PREJUDICE OF
<u>ALL CLAIMS AND ALL PARTIES</u>**

IT IS HEREBY STIPULATED BY AND BETWEEN Plaintiff

REUBEN K. K. BROAD and Defendant COURTYARD MANAGEMENT

7363519.1

CORPORATION, by and through their respective counsel, that the First Amended Complaint filed on May 1, 2018 [Dkt 16] in CV 17-00586 ACK-RLP, in the United States District Court for the District of Hawaiʻi is hereby dismissed with prejudice.  This Stipulation is made pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and Rule 41.1 of the Local Rules of Practice for the United States District Court for the District of Hawai`i.

There are no remaining claims or parties.  Each party shall bear his, her, or its own costs and attorneys' fees.  This Stipulation is signed by counsel for all parties that have appeared in this action.  Trial was scheduled for December 10, 2019 before the Honorable Judge Alan C. Kay.

DATED:  Honolulu, Hawaii, March 18, 2019.

/s/ Harvey M. Demetrakopoulos
ROY K.S. CHANG
HARVEY M. DEMETRAKOPOULOS

Attorneys for Plaintiff

DATED:  Honolulu, Hawaii, March 19, 2019.

/s/ Stacy Y. Ma
PATRICIA M. NAPIER
STACY Y. MA

Attorneys for Defendant
COURTYARD MANAGEMENT CORPORATION

APPROVED AND SO ORDERED:

DATED:  Honolulu, Hawaii, March 20, 2019.



_____
Alan C. Kay
Sr. United States District Judge

**Order and Stipulation for Dismissal With Prejudice of All Claims and All Parties** – *Broad v. Courtyard Management Corporation,* CV 17-00586 ACK-RLP, United States District Court for the District of Hawaii